THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Clint Daniels,       
Appellant.
 
 
 

Appeal From Dorchester County
Luke N. Brown, Jr., Circuit Court Judge

Unpublished Opinion No. 2003-UP-339
Submitted March 26, 2003  Filed May 20, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart , of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Walter M. Bailey, Jr., of Summerville; for Respondent.
 
 
 

PER CURIAM: Clint Douglas Daniels was indicted 
 on two counts of assault and battery with intent to kill.  Daniels pled guilty 
 to both charges.  In accordance with a negotiated plea agreement, Daniels was 
 given a concurrent sentence for fifteen years imprisonment on each charge.  
 Daniels appeals, arguing that his guilty plea failed to comply with the mandates 
 set forth in Boykin v. Alabama, 395 U.S. 238 (1969). 
Counsel for Daniels has filed a final brief and 
 submitted a petition to be relieved as counsel.[1]  After a thorough review 
 of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and 
 State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the 
 appeal and grant counsels motion to be relieved as counsel.
 APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.

 
 [1]  
 We decide this case without oral argument pursuant to Rule 215, SCACR.